Rudolph Wallach Company (W. W. Erwin and Others, Substituted Plaintiffs), Respondents, v. Arthur Simonson and Others, Impleaded with Jacob Holzman and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

William Hurd Hillyer, Respondent, v. William Morris Imbrie and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P.° J., Dowling, Smith, Page, and Philbin, JJ.

Leon Tanenbaum and Others v. 663–665 Broadway Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Lester M. Friedman v. Thomas Machcinski and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Morris Katz v. Brooklyn and North River Railroad Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

James A. Foley, as Receiver, v. Reginald Ronalds and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

B. N. C. Waist Company, Inc., v. B. N. S. Waist Company, Inc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Marguerite Piguet v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Mary K. Porter v. Henry L. Bogert and Others, as Trustees.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Max Barth v. Audubon Boat Club, Inc., Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.